FILED
CLERK, U.S. DISTRICT COURT
JUL 17 2018
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DAVID TRUJILLO,<br><br>　　　　Defendant. | Case No. 8:05-cr-00124-DOC<br><br>ORDER OF DETENTION AFTER HEARING [Fed. R. Crim. P. 32.1(a)(6);18 U.S.C. § 3143(a)] |

　　The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Central District of California for alleged violations of the terms and conditions of her supervised release; and

　　The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

　　The Court finds that:

A. ( X ) The defendant has not met his burden of establishing by clear and convincing evidence that he is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on:

　　*nature of current allegations including multiple failures to appear for drug testing and failure for PO visit; substantial criminal history*

and

B. ( X ) The defendant has not met his burden of establishing by clear and convincing evidence that he is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: *nature of current allegations including drug use, failure to appear for testing and failure to appear for revocation hearing; prior violations of terms of supervision*

IT THEREFORE IS ORDERED that the defendant be detained pending further revocation proceedings.

Dated: July 17, 2018

JOHN D. EARLY
United States Magistrate Judge

2